SOUTHERN STEVEDORING CO. *v.* MAYOR &c. OF SAVANNAH.

HINES, J. This case is controlled by the decision in *Strachan Shipping Co.* v. *Mayor &c. of Savannah*, this day decided.
*Judgment affirmed. All the Justices concur.*
No. 6962. MARCH 14, 1929.